**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

IN RE:                                                    CASE NO.: 09-19886-BKC-AJC

**LEAFORD WRAY**                                          CHAPTER 7 PROCEEDING
**VERNA WRAY**
    **Debtors.** _____/

### EX-PARTE MOTION TO EXTEND TIME TO FILE
### SCHEDULES AND STATEMENT OF FINANCIAL AFFAIRS

COMES NOW the Debtors, Leaford and Verna Wray, by and through undersigned counsel and moves, pursuant to Federal Rules of Bankruptcy Procedure 1007 (c), 9006 (b) and Local Rules 9013-1(C) and 1007-1(C) for an Order Allowing Additional Time Within Which to File their Schedules, Statement of Financial Affairs, Statement of Monthly Income and Payment Advices and as grounds therefore states:

1. The Debtors filed a voluntary petition under Chapter 7 of the Bankruptcy Code on May 21, 2009.

2. The Debtors require additional time for completion of their Schedules; Statement of Financial Affairs, Statement of Monthly Income and Payment Advices to accumulate the requested information.

3. The Section 341 First Meeting of Creditors is scheduled for June 26, 2009.

WHEREFORE the Debtors request entry of the proposed Order Allowing Additional Time up to and including June 19, 2009 within which to file its Schedules and Statement of Financial Affairs.

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served via electronic mail by the Court's CM/ECF electronic mail delivery on June 10, 2009 on **Office of the US Trustee**, USTPRegion21.MM.ECF@usdoh.gov.; **Drew M. Dillworth, Trustee,** ddillworth@swmwas.com, ddillworth@ecf.epiqsystems.com and via First-Class Mail, postage pre-paid on Leaford and Verna Wray, 9803 S.W. 191 Street, Cutler Bay, FL 33157.

**CERTIFICATE OF ADMISSION**
**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida, and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1 (A)

**RESPECTFULLY SUBMITTED,**
**LYNN H. GELMAN, P.A.**
1450 Madruga Avenue, Suite 302
Coral Gables, Florida 33146
Telephone: (305) 668-6681
Facsimile: (305) 668-6682


By: /s/ Lynn H. Gelman
**LYNN H. GELMAN, Esq.**
**Florida Bar No.: 0245011**