

## ORDERED in the Southern District of Florida on June 10, 2009.

_____
**A. Jay Cristol, Judge
United States Bankruptcy Court**

---

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION**

**IN RE:**  CASE NO.: 09-19886-BKC-AJC

**LEAFORD WRAY**  CHAPTER 7 PROCEEDING
**VERNA WRAY**

    **Debtors.                       /**

### ORDER ALLOWING ADDITIONAL TIME WITHIN WHICH TO FILE SCHEDULES, STATEMENT OF AFFAIRS STATEMENT OF MONTHLY INCOME AND PAYMENT ADVICES

THIS MATTER came before the Court upon the Ex-Parte Motion of the Debtor for Additional Time Within Which to File Schedules, Statement of Affairs, required under Federal Rule of Bankruptcy Procedure 1007. The Court having reviewed the Motion, finding that the Motion and request for extension comply with Local Rules 9013-1(C) and 1007-1(C) and finding good cause therein, it is:

ORDERED that the Debtor shall have until June 19, 2009 within which to file Schedules, Statement of Affairs.

###

**Submitted by: Lynn H. Gelman, Esq.**

cc: Attorney Gelman is directed to mail
a conformed copy of this order to all
interested parties immediately
upon receipt

LF-64 (rev. 10/17/05)